# Summons and Complaint Return of Service

~~2:10cv13975~~ Case No. ~~10cv13975~~
Hon. _____

2:10-CV-13975-KHC-VMM

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served: Kristin
Date of Service: 10·11·10   10:00A

**FILED OCT 13 2010 CLERK'S OFFICE DETROIT**

## Method of Service

✓ Personally served at this address:
30600 Telegraph RD Suites 2345
Bingham Farms MI 48025

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**FILED OCT 20 2010 CLERK'S OFFICE DETROIT**

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Ann Oshust
Signature of Server: [signature]
Date: 10·11·10
Server's Address: _____

[signature]
DAWN MCBRIDE
Notary Public, State of Michigan
County of Macomb
My Commission Expires Nov. 30, 2011
Acting in the County of _____

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:10-cv-13975-RHC -VMM
#### Internal Use Only

Studstill v. BAC Home Loans Servicing, L P

Assigned to: District Judge Robert H Cleland
Magistrate Judge Virginia M Morgan
Demand: $1,000,000
Cause: No cause code entered

Date Filed: 10/05/2010
Jury Demand: Plaintiff
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: Federal Question

**Plaintiff**

**John Studstill, Jr**   represented by   **John Studstill, Jr**
192 Brentwood Street
Inkster, MI 48141
PRO SE

V.

**Defendant**

**BAC Home Loans Servicing, L P**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/05/2010 | 1 | COMPLAINT filed by John Studstill, Jr against BAC Home Loans Servicing, L P Receipt No: DET023992 - Fee: $ 350. (BSoc) (Entered: 10/06/2010) |
| 10/05/2010 | 2 | MOTION for Preliminary Injunction by John Studstill, Jr. (BSoc) (Entered: 10/06/2010) |

**Rancilio & Associates**
36809 Groesbeck Hwy
Clinton Twp., MI 48035

USDC - Eastern
231 W Lafayette Blvd
Detroit, MI 48226
Civil Division



UNITED STATES POSTAGE
02 1M
0004265894
MAILED FROM ZIP CODE 48043
$ 00.44⁰
OCT 11 2010
PITNEY BOWES