UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN STUDSTILL JR,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, L.P.,

    Defendant.

Case No. 2:10-cv-13975

Hon. Robert H Cleland
Magistrate Judge Virginia M Morgan

## INDEX OF EXHIBITS

| **EXHIBITS** | **DESCRIPTION** |
|---|---|
| A | Note |
| B | Mortgage |
| C | Corporation Assignment of Mortgage |
| D | Notice of Mortgage Foreclosure Sale |
| E | Defendant BAC Home Loans Servicing, LP's Motion to Dismiss and Brief in Support |
| F | McDain v. Wells Fargo Home Loans, Inc., 2007 WL 4219189 (E.D. Mich.) |