# Exhibit C

2010 OCT -6 AM 10:35

Bernard J. Youngblood
Wayne County Register of Deeds
October 06, 2010 10:35 AM
Liber 48777 Page 279-279
#2010347452  ASG FEE: $15.00

Record & Return To: Ellen Coon
Trott & Trott P.C.
31440 Northwestern Hwy Ste 200
Farmington Hills MI 48334
FLDR/ AOM Team/ T&T #
237294

CORPORATION ASSIGNMENT OF MORTGAGE

For value received, the undersigned, AMERICAN EQUITY MORTGAGE, INC., 11933 WESTLINE INDUSTRIAL DR, ST. LOUIS, MO 63146, hereby grants, assigns and transfers to:
BAC HOME LOANS SERVICING LP
1800 TAPO CANYON RD, SIMI VALLEY, CA 93063

All its interest under that certain Mortgage dated, 5/13/03, executed by: JOHN H STUDSTILL, Mortgagor, as per MORTGAGE recorded as Instrument No. ~2003730044 on 5/28/03 in Book 38398 Page 1184 of official records in the County Recorder's Office of WAYNE County, MICHIGAN.
Tax Parcel = 44 017 03 0326 000,   INKSTER CITY TREASURER
Original Mortgage $92,000.00
192 BRENTWOOD ST, INKSTER, MI 48141

(See page attached hereto for Legal Description)

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

Dated: 09/24/2010      AMERICAN EQUITY MORTGAGE, INC.

By _____
TOM GARCIA, ASSISTANT SECRETARY

State of California
County of Ventura

On 9/28/10 before me, LORIS AVEDISIAN, Notary Public, personally appeared TOM GARCIA, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
LORIS AVEDISIAN

LORIS AVEDISIAN
Commission # 1749773
Notary Public - California
Ventura County
My Comm. Expires Jun 9, 2011

Prepared by: KATHIE TEPOXTECATL
1800 TAPO CANYON ROAD Mail Code:
CA6-914-01-43
SIMI VALLEY, CA 93063

~~Recording requested by AND
When recorded mail to:
BAC OF AMERICA HOME LOANS SERVICING
LP
DOCUMENT PROCESSING MAIL CODE:
CA6-914-01-43
PO BOX 5080
SIMI VALLEY, CA 93062-5080
ATTN: ASSIGNMENT UNIT
PHONE# (805) 577-4642   FAX# 4642~~

Legal Description:
Lot 326, Cherry Hill Manor Subdivision No. 3, as recorded in Liber 72, pages 60 and 61 of Plats, Wayne County Records.
(BP)