# Exhibit D

Notice Of Mortgage Foreclosure Sale

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY.

ATTN PURCHASERS: This sale may be rescinded by the foreclosing mortgagee. In that event, your damages, if any, shall be limited solely to the return of the bid amount tendered at sale, plus interest.

MORTGAGE SALE - Default has been made in the conditions of a mortgage made by John H. Studstill Jr., a married person and Mojisola R. Studstill, husband and wife, original mortgagor(s), to American Equity Mortgage, Inc., Mortgagee, dated May 13, 2003, and recorded on May 28, 2003 in Liber 38398 on Page 1189, in Wayne county records, Michigan, and assigned by said Mortgagee to BAC Home Loans Servicing, L.P. as assignee, on which mortgage there is claimed to be due at the date hereof the sum of Ninety-Five Thousand Nine Hundred Eight And 75/100 Dollars ($95,908.75), including interest at 6.875% per annum.

Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue, at the place of holding the circuit court within Wayne County, at 1:00 PM, on October 6, 2010.

Said premises are situated in City of Inkster, Wayne County, Michigan, and are described as: Lot 326, Cherry Hill Manor Subdivision No. 3, as recorded in Liber 72, Pages 60 and 61 of Plats, Wayne county Records

The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCLA 600.3241a, in which case the redemption period shall be 30 days from the date of such sale.

Dated: September 8, 2010
For more information, please call:
FC X (248) 593-1302
Trott & Trott, P.C.
Attorneys For Servicer
31440 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334-2525

File #337294F01

allPaperE name