UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Studstill Jr.

          Plaintiff(s),

v.

BAC Home Loans Servicing, L.P.

          Defendant(s).

Case No. 2:10-cv-13975

Judge   Robert H. Cleland

Magistrate Judge   Virginia M. Morgan

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, BAC Home Loans Servicing L.P.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Bank of America Corporation
   Relationship with Named Party: Parent Corporation of the Partners of BAC Home Loans Servicing, L.P.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☑    No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: Bank of America Corporation
   Nature of Financial Interest: Parent Corporation of the Partners of BAC Home Loans Servicing, L.P.

Date: November 2, 2010

/s/ Brian C. Summerfield

P57514
Bodman LLP
201 West Big Beaver Road
Suite 500
Troy, MI 48084
248-743-6000
bsummerfield@bodmanllp.com