UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN STUDSTILL, JR

Plaintiff(s),

v.

BAC HOME LOANS SERVICING, LP

Defendant(s).

_____/

Case No.  10-CV-13975

Honorable  Robert H. Cleland

ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

IT IS ORDERED that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date:  November 2, 2010

s/Robert H. Cleland
Robert H. Cleland
U.S. District Judge

Pursuant to this order, this case is reassigned to Judge   Denise Page Hood                        .
Case assignment credit will be given to the appropriate Judicial Officers.

Certificate of Service

I hereby certify that on this date a copy of the foreoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  November 2, 2010

s/ S Schoenherr
Deputy Clerk