UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN STUDSTILL, JR.,

    Plaintiff,

Case No. 10-13975

v.

HONORABLE DENISE PAGE HOOD

BAC HOME LOANS SERVICING, LP,

    Defendant.
_____/

## JUDGMENT

Pursuant to the Order entered this date dismissing this action, accordingly,

Judgment is entered in favor of Defendant and against Plaintiff.

                              DAVID J. WEAVER
                              CLERK OF COURT

Approved:                            By: s/LaShawn R. Saulsberry
                                              Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: April 29, 2011

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon John Studstill, Jr., 192 Brentwood Street, Inkster, MI 48141 and the counsel of record on April 29, 2011, by electronic and/or ordinary mail.